UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHANE LUXON,

      Defendant.
_____/

Case No. 25-mj-30574
Hon. Matthew F. Leitman

### ORDER (1) AFFIRMING AND MODIFYING MAGISTRATE JUDGE'S ORDER OF RELEASE (ECF No. 17), AND (2) DENYING GOVERNMENT'S MOTION TO STAY THIS ORDER

On Friday, September 19, 2025, a Magistrate Judge ordered that Defendant Shane Luxon be released on bond (the "Order of Release). (*See* ECF No. 17.) The Government has sought review of the Order of Release under 18 U.S.C. § 3145(a). For the reasons stated on the record on September 25, 2025, the Order of Release is **AFFIRMED**. In addition, the Court **ADDS AS A CONDITION** to the Order of Release a Zero-Tolerance Condition, indicating that bond shall be revoked upon any violation of a condition of release.

Finally, the Government's oral Motion for a Stay of this Order (made during the September 25, 2025, hearing) is **DENIED** for the reasons stated on the record at

the hearing.

    **IT IS SO ORDERED.**

                                                                s/Matthew F. Leitman
                                                                MATTHEW F. LEITMAN
                                                                UNITED STATES DISTRICT JUDGE

Dated:  September 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2025, by electronic means and/or ordinary mail.

                                                               s/Holly A. Ryan
                                                               Case Manager
                                                               (313) 234-5126